PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** )  | |
| ) | |
| vs ) | |
| ) | |
| Jill Brown ) | Case No. 2:07cr20081-005 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jill Brown, have discussed with Tim Smith, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances
2) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer
3) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer
4) Maintain or actively seek employment
5) Travel restricted to the Western District of Tennessee without prior approval of Pretrial Services
6) Defendant shall notify current and future employers of federal charges if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

X _____  3/28/07      _____  3/28/07
Signature of Defendant       Date       Pretrial Services/Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/28/07
Signature of Defense Counsel       Date

[X] The above modification of conditions of release is ordered, to be effective on March 28, 2007

[ ] The above modification of conditions of release is not ordered.

s/Diane V. Vescovo       3/28/07
Signature of Judicial Officer       Date